```
FILED
June 9, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>   )<br>   Plaintiff,   )<br>v.   )<br>   )<br>FRANCISCO POLOAI,   )<br>   )<br>   Defendant.   ) | Case No. 2:15-mj-00124-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, FRANCISCO POLOAI, Case No. 2:15-mj-00124-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $100,000.00

    _X_   Co-Signed Unsecured Appearance Bond

    ___   Secured Appearance Bond

    _X_   (Other) Conditions as stated on the record.

    ___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  6/9/2015  at  2:09 p.m.

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge