# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States of America** <br> vs. <br><br> Francisco Poloai | Case No. 2:15-CR-00124-KJM-4 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Francisco Poloai_____, have discussed with _____Julia Morris_____, Pretrial Services Officer, modifications of my release conditions as follows:

Add the following condition of release: You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

Reason for modification: The defendant is currently participating in Moral Reconation Therapy (MRT) and requested individual counseling to help address issues identified in the program.

Pretrial Services concurs with the modification. All other conditions shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 11/9/15    _____ 11/10/15
Signature of Defendant    Date       Signature of Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_____    11/13/15
Signature of Assistant U.S. Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____    11/10/15
Signature of Defense Counsel    Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on  November 16, 2015

[ ] The above modification of conditions of release is *not* ordered.

_____                                           November 16, 2015
Judicial Officer Signature                                         Date